AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:22-mj-144 | Date and time warrant executed:<br>1-24-22  11:00 AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of:<br>INSPECTORS M. McCLAID & A. DANIEL | | |
| Inventory of the property taken and name of any person(s) seized: | | |

12 PINTS PROMETHAZINE SYRUP PLAIN

United States Courts
Southern District of Texas
FILED
*January 26, 2022*
Nathan Ochsner, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-24-22

Matt S. McClaid
*Executing officer's signature*

Matthew S. McClaid, U.S. Postal Inspector
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>United States Postal Service Priority Mail Express Parcel<br>EI 070 163 045 US | )<br>)<br>)  Case No.  **4:22-mj-144**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of    Texas   
*(identify the person or describe the property to be searched and give its location)*:

United States Postal Service Priority Mail Express Parcel EJ 070 163 045 US currently located at 4600 Aldine Bender Rd, N Houston, TX 77315

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance and/or proceeds

**YOU ARE COMMANDED** to execute this warrant on or before    February 3, 2022    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Any US Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of ____.

Date and time issued:    January 21, 2022 at 4:53 pm    _____
                                                                    Frances H. Stacy
                                                                    United States Magistrate Judge

City and state:    Houston, TX    _____
                                                                    *Printed name and title*